# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 7** |
| **CITY LINE BEHAVIORAL HEALTHCARE, LLC,** | ) |
| | ) **Case No. 19-12493-mdc** |
| Debtor. | ) |
| | ) |
| **Gary F. Seitz, as Chapter 7 Trustee of the Estate of City Line Behavioral Healthcare, LLC,** | ) **Adv. Case No. 20-285-mdc** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| **New Jersey Motor Vehicle Commission,** | ) |
| Defendant. | ) |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT NEW JERSEY VEHICLE COMMISSION

Gary F. Seitz, as Chapter 7 Trustee, has filed a Motion ("Motion") for Entry of Default Judgment against Defendant New Jersey Vehicle Commission.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **14 days from the date of this Notice**, you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
for the Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Holly S. Miller, Esquire
Gellert Scali Busenkell & Brown, LLC
The Curtis Center
601 Walnut Street, Suite 750 West
Philadelphia, PA 19106

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Chief Judge Magdeline D. Coleman on February 24, 2021 at 10:30 a.m. PLEASE NOTE ALL HEARINGS ARE CONDUCTED BY TELEPHONE 877-336-1828 Access Code 7855846.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: January 29, 2021                                    GELLERT SCALI BUSENKELL & BROWN LLC

/s/ Holly S. Miller
Gary F. Seitz
Holly S. Miller
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Phone: (215) 238-0010
Fax: (215) 238-0016
gseitz@gsbblaw.com
hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*